**L. Grant Foster, 7202**
gfoster@hollandhart.com
**Brett L. Foster, 6089**
bfoster@hollandhart.com
**Mark A. Miller, 9563**
mamiller@hollandhart.com
HOLLAND & HART LLP
222 S. Main Street, Suite 2200
Salt Lake City, Utah 84101
Telephone:  (801) 799-5800
Facsimile:  (801) 799-5700

*Attorneys for Plaintiff*
K-TEC, Inc.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **K-TEC, INC.**, a Utah corporation,<br><br>Plaintiff,<br><br>vs.<br><br>**VITA-MIX CORP.**, an Ohio corporation,<br><br>Defendant. | **PLAINTIFF'S MOTION FOR A PERMANENT INJUNCTION**<br><br>Civil Case No. 2:06-CV-108<br><br>Chief Judge Tena Campbell<br>Magistrate Judge Paul M. Warner |

Plaintiff K-TEC, Inc. ("K-TEC") hereby moves this Court for a permanent injunction pursuant to 35 U.S.C. § 283 to prevent continued infringement by Defendant Vita-Mix Corporation ("Vita-Mix").  K-TEC has suffered irreparable injury as a consequence of Vita-Mix's infringement; remedies available at law, such as monetary damages, are inadequate to compensate for that injury; the balance of hardship favors K-TEC and the equitable remedy of a permanent injunction; and the public interest would not be disserved by a permanent injunction

4867550_1.DOC

in this case.  Accordingly, a permanent injunction is warranted under the circumstances of this case.

This Motion is supported by a contemporaneously filed supporting memorandum.  The proposed Permanent Injunction is attached hereto as Exhibit A.

Dated this 16th day of July, 2010.

HOLLAND & HART LLP

/s/ Brett L. Foster
L. Grant Foster
Brett L. Foster
Mark A. Miller

*Attorneys for Plaintiff*
K-TEC, Inc.
